# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00128-CV

### In re Anurithi Chikkerur

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator, who is acting pro se and a declared vexatious litigant, has filed a petition for writ of mandamus seeking relief from the Local Administrative Judge's denial of her request for permission to file "Motion for Enforcement by Contempt and Request for Clarification if Necessary." *See* Tex. Civ. Prac. & Rem. Code §§ 11.102 (requiring permission from local administrative judge to file new litigation and allowing mandamus relief when local administration judge denies request), .103 (prohibiting clerk of court from filing "litigation, original proceeding, appeal, or other claim presented, pro se, by a vexatious litigant subject to a prefiling order under Section 11.101 unless the litigant obtains an order from the appropriate local administrative judge described by Section 11.102(a) permitting the filing").

It is Relator's burden to request and properly establish entitlement to extraordinary relief, including by providing this Court with a sufficient record from which to evaluate his claims. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992); *In re Smith*, No. 03-14-00478-CV, 2014 WL 4079922, at *2 (Tex. App.—Austin Aug. 13, 2014, orig.

proceeding) (mem. op.) (denying mandamus relief when relator failed to provide sufficient record); *see also* Tex. R. App. P. 52.7(a) (requiring relator to file record containing sworn copies "of every document that is material to [his] claim for relief and that was filed in any underlying proceeding").

Here, Relator has not provided us with a sufficient record from which we may evaluate the merits of her petition. On this record, we conclude that Relator has failed to show entitlement to relief. Accordingly, her petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly, and Ellis

Filed: March 31, 2026